NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of M.W., a child.
_____

N.W.,

        Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

        Respondents.
_____

Case No. 2D18-3610

Opinion filed January 9, 2019.

Petitioner for Writ of Certiorari to the Circuit
Court for Pinellas County; Kimberly Todd,
Judge.

Michael R. Warren of Warren Law Firm,
PLLC, Safety Harbor, for Petitioner.

Bernie McCabe, State Attorney, and
Leslie M. Layne, Assistant State Attorney,
Clearwater, for Respondent Department of
Children and Families.

Thomasina Moore, Statewide Director of
Appeals, and Laura J. Lee, Appellate
Counsel, Tallahassee, for Respondent
Guardian ad Litem Program.


PER CURIAM.

Denied.

KHOUZAM, SLEET, and SALARIO, JJ., Concur.